

**ORDERED in the Southern District of Florida on June 13, 2016.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
DIVISION: MIAMI

| | |
|---|---|
| **In re:** | **CASE NO.: 14-20976 LMI** |
| Rodolfo Gonzalez | **CHAPTER 13** |
| Jennifer Daniela Gonzalez | |

              **Debtor(s)**    /

### ORDER CONTINUING DEBTORS' OBJECTION TO CLAIM #1

THIS CASE came on to be heard on June 7th, 2016 at 9:00am upon Debtors' Objection to Claim #1 of Advantage Assets II, Inc. (DE# 72), and based upon the record, it is:

**ORDERED**:

1. That Debtors' Objection to Claim #1 of Advantage Assets II, Inc. is continued to July 5th, 2016 at 9:00 A.M., in Courtroom 8, C. Clyde Atkins, United States Courthouse, 301 N. Miami Avenue, Miami, Florida 33128.

###

Submitted By:

**Law Offices of Patrick L Cordero, P.A.**
Attorney for Debtor(s).
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855

By:     /s/ (FILED ECF)
[    ] Patrick L. Cordero, Esq., FBN 801992
[    ] Miriam V. Marenco, Esq., FBN 86115
[    ] Giselle Velez, Esq., FBN 71004
[ X ] Maria Daneri, Esq., FBN 88604

 Attorney  Patrick  L. Cordero, Esq. is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.